No. 732. HELWIG *v.* UNITED STATES. May 27, 1946. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Circuit Court of Appeals is vacated and the cause remanded to the Circuit Court of Appeals with directions to require the District Court to perfect the record. Rule 39 of the Federal Rules of Criminal Procedure. See *Miller*

v. *United States*, 317 U. S. 192, 199–200.   Petitioner *pro se.   Solicitor General McGrath, Robert S. Erdahl* and *Leon Ulman* for the United States.